**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| PIERCE COUNTY REPUBLICAN PARTY | **)** | |
| (an unincorporated association) | **)** | **Case No:** 3:25-cv-05251-SKV |
| | ) | |
| *Plaintiff,* | **)** | **DECLARATION OF** |
| | ) | **ERIC CROWL** |
| v. | ) | |
| | ) | |
| ERIC CROWL (*an individual*), | ) | |
| | ) | |
| PIERCE COUNTY REPUBLICAN PARTY | ) | |
| (a *nonprofit corporation*), | ) | |
| | ) | |
| WASHINGTON47 PAC | ) | |
| (*a nonprofit corporation*), | ) | |
| | ) | |
| *Defendants* | ) | |

_____)

## DECLARATION

**COMES NOW,** Declarant, Eric Crowl, and submits this declaration in support of various motions and other pleadings:

**1.** I am a natural born Citizen of the United States of America, residing in Pierce County, Washington.

**2.** I am an elected official – a Precinct Committee Officer (PCO) for District 28-556 in Pierce County Washington, for the Republican Party.

**3.** My use of the name "Pierce County Republican Party" has been used as a protected-speech exercise:

    **a.** To bring public attention to the Plaintiff's failure to register and secure their namesake(s); and

**b.** To mock, parody, criticize, ridicule, and otherwise make fun of Plaintiff in various capacities; and

**c.** To bring public attention to the exclusion of myself, and others, from "membership in good standing" with the Pierce County Republican Party unincorporated association; and

**d.** To engage in political discourse as both an individual and an elected official.

**4.** I have attached, hereto, various social media posts, Exhibit A, of statements made by Plaintiff and their Executive Board, organization members, their process server (in this case), and others showing malicious intent and otherwise controverting various statements and 'facts' alleged in their pleadings.

**5.** I have attached, hereto, an Exhibit B, showing I contacted Plaintiff (through their Attorney Conner Edwards) prior to expiration of the "deadline" set by Plaintiff (on 3/17/2025). I can further attest that Mr. Edwards and Plaintiff never responded to the letter, showing bad faith to resolve the issue, instead running to the court to take court action. I can further attest that this letter was sent by Postal Mail and E-Mail and also posted on social media for public view (and that Plaintiff read it).

**6.** I have attached, hereto, an Exhibit C, showing various social media posts, showing public acknowledgement and disclosure of distinctness, satire, mockery, ridicule, etc of Plaintiff.

**7.** I have submitted Declarations, on the court docket, from voters in the State of Washington also attesting that they understood the use of the name was protected speech, and that the Plaintiff is acting maliciously.

**8.** I am aware that Plaintiff knew of such protected speech purposes and clear distinguishment, even attending my X Spaces and reading / replying to my social media posts where it was discussed, yet filed this frivolous lawsuit anyways.

**9.** I am aware that Plaintiff was also informed of such purposes by its own members in good standing.

**10.** Dave McMullan, as evidenced by social media posts attached hereto, in Exhibit A, appears to have brought this lawsuit for the purpose of malicious intent, and continues to promote (publicly) and in pleadings a knowingly false narrative about the circumstances and basis for the use of the name and phrase "Pierce County Republican Party" by Defendants in this case (including myself).

**11.** I removed the Facebook page titled "Pierce County Republican Party", prior to the deadline (set by Plaintiff) expiring. I did so out of an abundance of caution, as Plaintiff was being unresponsive and engaging in other threatening behavior (even though Plaintiff was aware I was mocking them).

**12.** I am currently unable, and have been unable, to dissolve the Pierce County Republican Party non-profit corporation as Plaintiff filed this frivolous lawsuit, blocking me from doing so. I did not dissolve it before this lawsuit was filed, because I was waiting on Plaintiff to respond with documentation about their exclusive right to use the name. Plaintiff did not respond. Plaintiff's timeline allowed no time for any discussion about resolving this issue, it was a one-sided demand.

**13.** Plaintiff has not taken any steps that I am aware of to use Administrative Procedures in the State of Washington (or otherwise) to resolve their claim of exclusive use-rights (even when used absent any commerce or trade).

**14.** It is widely known that the use of the name is protected speech, and such use was widely announced to the public. In fact, the narrative that it is not has been exclusively pushed by the PCRP (including public postings they have made, and contacting media to push such a fake narrative).

**15.** The News Tribune published an article titled: "Pierce County Republican Party urges judge: Stop the 'Pierce County Republican Party'", which is available at this url: https://www.thenewstribune.com/news/local/article303291126.html

    **a.**    "In an interview with The News Tribune, Crowl called the suit's allegations contrived and driven by personal animus toward him. "At no point have I attempted to conduct business as the Pierce County Republican Party," he said."

**b.** "Asked whether the party should have registered its name to prevent someone else from doing so, Edwards noted that most county parties don't file for incorporation. "It's not an oversight," he said."

**c.** "He [Crowl] declined to specify his reasons for registering the party's name, citing the pending litigation."

**d.** ""From our perspective, it seems that he is trying to steal the brand and trying to claim that he owns the party," Pierce County Republican Party attorney Conner Edwards told The News Tribune."

**e.** "The [PCRP Trademark] lawsuit was preceded by a conflict that arose in November when the party's Executive Board [Chaired by Dave McMullan] unanimously voted to deny Crowl entry into the party's biennial reorganization meeting held the following month in Puyallup. Crowl was excluded from the meeting despite winning election for precinct committee officer (PCO) in August in a race that Edwards said was uncontested."

**16.** Plaintiff, Pierce County Republican Party, alleges that I proclaimed to be THEIR party organization's new chair. This is materially false. The use was that of the Pierce County Republican Party non-profit corporation, which is not the Pierce County Republican Party unincorporated association. In fact, this parodical posting and other discussions seems to have triggered Plaintiff's Chairman, Dave McMullan, who was a political opponent – as I was running a campaign to unseat him during the Biennial Reorganization for 2024. In retaliation for running against him, he lead a vote to exclude from the organization. After seeing this post (obviously mocking him and the organization) he set out a course to sue me without regard for basic matters of law, as a matter of malice. This further included using this lawsuit to invade the privacy of myself, and my family, and engage in a broad smear campaign to otherwise defame, harass, and bully me. The intent and purpose as such was to prevent me from meaningfully participating in political discourse.

**17.** Plaintiff, Pierce County Republican Party, further alleges that I have used THEIR name on social media, including during live audio rooms on X advertised as "Pierce County Republican Party — Press Availability." This is also materially false.  The name used (and advertised in such forums) was that of the Pierce County Republican Party non-profit corporation.  It was widely and openly discussed to all attendees.  This includes several members of Plaintiff's organization, in fact.  In fact, prior to even registering the name, it was widely and publicly discussed, and again – this included participation by Elected PCO's / PCRP members "in good standing" and other Elected PCO's within Pierce County (and across the State).

**WHEREAS,** Declarant hereby submits this information to the court.

---

**I declare that the statements made herein are true and correct, to the best of my ability and recollection, and made in good faith.**

**/s/ Eric Eugene Crowl**_____    7/11/2025_____

**Eric Crowl, Declarant / Defendant, Pro Se**    **Date**

1

**EXHIBIT A**

2

Various Social Media Posts

3



4



Only two more days before Eric Crowl sets himself up for financial ruin. Fantasy ends and reality bites. The Outrage will be real. And remember, by midnight at the end of March 21 that UBI on the SOS site must be gone or it's off to the races. FAFO. I hope his insider informant is giving him good information but I've never heard anything intelligent coming from that person.

👍😄 26                                   2 comments  1 share



**Pierce County Republican Party's Post**  ✕

**Pierce County Republican Party**
March 8 at 6:05 AM · 🌐                    •••

PSA: Always be watchful on Facebook for people who are frauds and deceitful trying to fool followers with fake pages and lies about identity. Sometimes it's an outrage. Know the sources of these dishonest attention seeking trolls. Some never learn and they get sued in court.
We now return to our regular scheduled program.

👍😂 28                                   3 shares

👍 Like        ○ Comment        ◎ Send        ↪ Share

**Dave McMullan**    •••
41m · 🌐

You ever sit down with an attorney and learn about asset foreclosure and wage garnishment? It's fascinating how that works. Good information to have if one needs to get a judgement paid from someone.

👍😆 10

 **Christopher Gergen**
21h · 👥

 **Jenifer Alexandra Short**
Funny there is a coup attempt taking place against the Pierce County GOP this week by the Semi Bird clan. Washington 47 PAC filed with the WA Secretary of State on March 4th declaring they own the Pierce County Republican Party.

16h    Like    Reply                    2 

 **Dave McMullan**
Jenifer Alexandra Short Eric and all the rest posting support will all be sued

9h    Like    Reply                    2 

1



**Brian Wolk**
@bwolk_

It's officially Crowl trolling season again 🤣🤣🤣

2:34 PM · Mar 9, 2025 · **35** Views

2

**Dave McMullan**
Apr 4 · 🌐

Seems like Eric wants to deflect everything from his upcoming court case from our lawsuit. Still waiting for his "legal teams" response as required by the court. And by now he is aware he can not Pro Se his representation.

👍😄 12                                    5 comments

Like              Send              Share

 **Dave McMullan**

6d · 

LOL, Ericpoo served me. Thank you Ericpoo for giving me permission to further crush you into oblivion. I'll extract recourse from even that weird fantasy world you frequent. Game on, afternoon delight

 What's the goal of the game?     Ericpoo's mo

What's the story behind Ericpoo?     What games

 31     24 comments

👍 Like           Send          ↪ Share

1

 35 ›   

All comments ⌄


**Dave McMullan**
I also can't wait to go after your self proclaimed caught on tape saying so insider informant.

7w    Like                                    2 

1


**Heather Waldrop**
He should have to pay your attorneys fees!!

7w    Like                                    2 


**Dave McMullan**
**Heather Waldrop** he will

7w    Like                                    4 

2

---

 **Kristina A Mitchell**
Just file an improper service again! lol

3w   Like

 **Dave McMullan**
**Kristina A Mitchell** the retard is too much fun

3w   Like                              2 

 **Kristina A Mitchell**
**Dave McMullan** he is so retarded

3w   Like

1



**Dave McMullan**

Mar 24 ·

Eric Crowl is getting served his paperwork today. I had to laugh at how many people volunteered to be the person serving the paperwork to Outhouse. My attorney and I also got a good laugh out of the gobblygook nonsense he sent in response to our demand, written by himself and not a legal team of experts as he claimed he had on the case. His claims of doxxing are disputed by his own posts when he was posting mine and other pcrp officers home addresses. I do pity this moron but he has it coming.

1

2

 **Dave McMullan**

Mar 22 · 

Eric Crowl is now toast. It's an outrage he didn't comply but a fool with zero common sense will soon learn and pay for his incompetence and deceit. His attempted theft of our brand shall not go unpunished.

 37                                          6 comments

 Like            Send             Share

1



**Pierce Gop**
@PierceGop

Fun and games are over now Eric.

We are going to protect our brand and it's in your best interests to drop the social media page, cancel the UBI, and just go away. Or, we'll see you in court. You won't like that. @OutragePNW @Washington47PAC

Pierce County Republican Party
10209 Bridgeport Way SW, #C-1
Lakewood, WA 98499
(253) 722-5353

March 8, 2025

Eric Crowl
10002 112th St SW
Lakewood, WA, 98498
Eric.Crowl@CitizenObservers.org
*Mailed & Sent Electronically*

Mr. Crowl:

The purpose of this letter is to demand that you cease using the name of the Pierce County Republican Party. You do not have permission from the Pierce County Republican Party to use the organization's name or to make filings on the organization's behalf.

First, we are demanding that you amend the name of the nonprofit corporation that you have recently formed (UBI: 605-777-314). You listed the name of your nonprofit corporation as "Pierce County Republican Party". Filing false information with the Secretary of State in an application to create a nonprofit corporation constitutes a criminal offense. See RCW 43.07.210.

Second, we are demanding you amend the name of the Facebook page you have recently created (https://www.facebook.com/PierceCountyRepublicanParty).

Finally, we are demanding that you cease any further similar uses of the name Pierce County Republican Party. Again, you do not have permission from the Pierce County Republican Party to use the organization's name or to make filings on the organization's behalf.

If you fail to comply with this request by March 21, 2025, the Pierce County Republican Party intends to pursue all available legal recourse.

Sincerely,

Conner Edwards
Attorney for Pierce County Republican Party
WSBA #62961

Last edited 6:20 PM · Mar 9, 2025 · **6,712** Views

1

 **Dave McMullan**
Mar 21 ·

Eric, baby! Today is the day we have been working toward. Decision day! Getting your ass sued into oblivion day! It's ready to go buddy. Contact our attorney TODAY with all proper documents that you have canceled the UBI number and all related attempted fraudulent materials or see you in court. End of the road "Chairman".



 35                                    1 comment

1



**Dave McMullan**

Apr 1 ·

Eric, FAFO. This, my friends is a great article explaining and exposing Eric Crowl and why he is getting sued by the PCRP, why he was denied membership and banned from the **Pierce County Republican Party**, and the unexpected capture of a fugitive who happens to be his son living with him for heinous crimes in Oregon. Thanks for the media support **Brandi Kruse**

1



**Brian Wolk**
Jason Mcsprouland the voices in Eric's head 🤣 🤣 🤣

6w    Like                               2 



**Jason Mcsprouland**
Brian Wolk he is a legend in his own mind

6w    Like                               2 



**Robert Parker**
Jason Mcsprouland He is a legend alright, after last night anyway.

5w    Like                               2 

1

 **Dave McMullan**
Mar 14 · 🌐

Hey angry bird, you gonna roll the dice to your own destruction? Today is your lucky number 7, do the right thing Eric or it will hurt.



 **Dave McMullan**
**Angela Faire** he is a very weird dude and I believe he his primary mission is attention

6w    Like                                    2 

 **Dave McMullan**
Mar 18 · 🌐

Winding down Eric, the lawsuit waits for you to be foolish and negligent in your obligation to do the right thing and erase your fraud on your own, no more bullshit about doxxing and your imaginary law team. 3 more days Eric, just 3 more. Stop playing the victim since that is as fraudulent as your attempt to steal our brand and legal entity. You can do it Eric, you can stop your legal destruction by doing as instructed in the letter. C'mon Eric, you can do it.

  34                    14 comments

1

 **Dave McMullan** 
@davemcmullan64

I'm so honored to be cast with the amazing, true leadership and relevant players in Washington Republican politics. Thank you Eric. Meanwhile, as you remain a worthless, irrelevant troll you should start preparing yourself for a lawsuit that will certainly take a lot of your time and money. I would like to say it's game over for you but it's only beginning. FAFO Outhouse PMS

 **Outrage PNW** ✓
@OutragePNW

**HUGE FAIL: So, basically every single initiative pushed by the Project 42 / Future 42 / Mainstream Republicans / Uniparty of Washington cabal is toast.**

**Complete waste of time and money. Another grand delivery-fail by Brian Heywood, Steve Gordon, Dave McMullan, Brandi Kruse, et al.**

**Meanwhile, Republicans in Washington State Republicans are waiting for leadership to grab Trump's attention.**

🗽 **Lynnwood Times** ✓ @LynnwoodTi... · 9h
🟥 **BREAKING: KING COUNTY SUPERIOR COURT JUDGE RULED THE PROTECT NATURAL GAS INITIATIVE UNCONSTITUTIONAL**

6:31 AM · Mar 23, 2025 · **26** Views

1

 **Pierce County Republican Party**
6h · 🌐

···

Fun and games are over now Eric, We are going to protect our brand and it's in your best interests to drop the social media page, cancel the UBI, and just go away. Or, we will see you in court. You won't like that.



**Pierce County Republican Party**
10209 Bridgeport Way SW, #C-1
Lakewood, WA 98499
(253) 722-5353

March 8, 2025

Eric Crowl
10002 112th St SW
Lakewood, WA, 98498
Eric.Crowl@CitizenObservers.org
*Mailed & Sent Electronically*

Mr. Crowl:

The purpose of this letter is to demand that you cease using the name of the Pierce County Republican Party. You do not have permission from the Pierce County Republican Party to use the organization's name or to make filings on the organization's behalf.

First, we are demanding that you amend the name of the nonprofit corporation that you have recently formed (UBI: 605-777-314). You listed the name of your nonprofit corporation as "Pierce County Republican Party". Filing false information with the Secretary of State in an application to create a nonprofit corporation constitutes a criminal offense. See RCW 43.07.210.

Second, we are demanding you amend the name of the Facebook page you have recently created (https://www.facebook.com/PierceCountyRepublicanParty).

Finally, we are demanding that you cease any further similar uses of the name Pierce County Republican Party. Again, you do not have permission from the Pierce County Republican Party to use the organization's name or to make filings on the organization's behalf.

If you fail to comply with this request by March 21, 2025, the Pierce County Republican Party intends to pursue all available legal recourse.

Sincerely,

**Conner Edwards**
Attorney for Pierce County Republican Party
WSBA #62961

👍😲❤ 37

2 comments  1 share

 Like         Comment         Send        Share

1

**EXHIBIT B**

2

Reply Letter sent to Plaintiff by Defendant, prior to the suit being filed.

---

**Monday, March 17th, 2025**

**TO:**    Conner Edwards
           P.O. Box 12082
           Seattle, WA 98102

**CC:**    Legal; File

**RE:**    Conner Edwards Demand Letter (3/8/2025)

**FIRST RESPONSE TO CONNER EDWARDS DEMAND LETTER**
**(AS RECEIVED ON 3/12/2005; AND REVIEWED ON 3/14/2025)**

**Mr. Edwards,**

I do not recognize the legal entity name you allege to be contacting me on behalf of – I am unable to locate it under any authoritative system of record. As such, please provide me with true copies of authoritative documentation showing the identity of the organization you allege to be representing.

Further, please also provide me with any authoritative documentation regarding exclusive ownership interests to the names / phrases as alleged in your letter.

In all cases (based on the claims and demands expressed in your letter) – I am clearly not the proper legal person to contact to resolve any of the disputes or demands alleged therein.

I do not consent, nor am I able to respond, to any electronic communications of any kind regarding this matter. Please ensure that any future correspondence regarding this matter is sent to me by certified postal mail.

Under no circumstance should your client be attempting to contact me directly (by postal mail or otherwise) – since you have identified yourself as the representing attorney.

**Regards.**

**Eric Eugene Crowl**

**Page 1 of 1**

3

1              **EXHIBIT C**

2    Various social media posts showing clear use of parody, and clearly showing business registration

3    to distinguish identity.





4

← **Post**

**Washington47 PAC** ✓
@Washington47PAC

**THREAD:** The "Pierce County Republican Party" as a Section 527 non-profit corporation.

This thread contains information about the registration of our new NPC in the State of Washington.

> **Washington47 PAC** ✓ @Washington47PAC · Mar 4
>
> Congratulations, on this historic day - we are now the proud owners of the Pierce County Republican Party.
>
> We look forward to serving our constituents within Pierce County, Washington from our Lakewood, WA headquarters.

UNITED STATES OF AMERICA

**The State of Washington**

**Secretary of State**

I, STEVE R. HOBBS, Secretary of State of the State of Washington and custodian of its seal, hereby issue this

**ARTICLES OF INCORPORATION**

to

**PIERCE COUNTY REPUBLICAN PARTY**

A **WA NONPROFIT CORPORATION**, effective on the date indicated below.

Effective Date: 03/04/2025
UBI Number: 605 777 314

Given under my hand and the Seal of the State
of Washington at Olympia, the State Capital

Steve R. Hobbs, Secretary of State
Date Issued: 03/04/2025

12:16 PM · Mar 9, 2025 · **1,266** Views

1



1



1

**Washington47 PAC** ✔ 🔒
@Washington47PAC

Dave McMullan (using his personal Facebook account) just stated on the "Pierce County Republican Party" Facebook page that "Eric Crowl is getting sued", because the Washington47 PAC registered a Non-Profit Corporation "political party" with the Washington State Secretary of State.

The Secretary of State - Steve Hobbs - authorized the filing, as there are no registered organizations or trademarks or service-marks registered with the State of Washington SOS [or any other relevant authority] for the "Pierce County Republican Party".

The Washington47 PAC is registered NON-PROFIT CORPORATION in the State of Washington and is registered with the IRS as well as a Section 527 Organization with the IRS.

9:32 PM · Mar 7, 2025 · **331** Views





1



1