UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PIERCE COUNTY REPUBLICAN PARTY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC EUGENE CROWL,<br><br>　　　　　　　Defendant. | CASE NO. C25-5251 BHS<br><br>ORDER |

THIS MATTER is before the Court on pro se defendant Eric Crowl's "motion to protect material witness Lisa Olson," Dkt. 40. Crowl asks the Court to issue a Federal Rule of Civil Procedure 26(c) protective order restraining plaintiff Pierce County Republican Party "from further intimidating harassing or excluding Lisa Olson from party activities based on her status as a witness or her free association with defendant Crowl," and "directing PRCP to cease any actions that may be construed as witness tampering[.]" *Id*. at 3. He contends that plaintiff is punishing Olson for her association with him, and seeks to ensure that she can "testify without fear of reprisal." *Id*.

ORDER - 1

The motion is improper, and denied, for several reasons. First, as the Court previously explained, Crowl cannot represent any person or entity other than himself. Dkt. at 2–3. Second, Crowl has cited no authority for the relief he seeks on behalf of non-party Olson. His motion mentions but does not quote or discuss Rule 26(c), but he has cited no authority[1] for his requested relief. Nor has he shown that plaintiff is "intimidating" Olson. His motion essentially seeks a mandatory injunction requiring the Pierce County Republican Party to allow Olson to remain or become a member and to participate in its affairs. Even if Olson was a party and Crowl was her attorney, he has not shown that she is entitled to such an injunction, factually or legally.

The motion is wholly without merit and it is **DENIED**. Crowl is pro se, but he is subject to the Federal Rules of Civil Procedure, and the Local Rules for the Western District of Washington, including Rule 11. *See Ghazali v. Moran,* 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure.").

**IT IS SO ORDERED**.

Dated this 17th day of July, 2025.

BENJAMIN H. SETTLE
United States District Judge

---

[1] Crowl's nine-page reply, Dkt. 51, includes legal citations and more factual detail, but new arguments and evidence presented for the first time in a Reply are waived. See *Docusign, Inc. v. Sertifi, Inc.*, 468 F.Supp.2d 1305, 1307 (W.D. Wash. 2006) (citing *United States v. Patterson*, 230 F.3d 1168, 1172 (9th Cir. 2000); and *Thompson v. Comm'r,* 631 F.2d 642, 649 (9th Cir. 1980)).

ORDER - 2