UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PIERCE COUNTY REPUBLICAN PARTY, an unincorporated association,

Plaintiff,

v.

ERIC CROWL, an individual,

PIERCE COUNTY REPUBLICAN PARTY, a nonprofit corporation,

& WASHINGTON 47 PAC, a nonprofit corporation.

Defendants.

Case No. 3:25-CV-05251-BHS

DRAFT JOINT STATUS REPORT

COMES NOW PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY, by and through their counsel of record Conner Edwards, and respectfully submits this DRAFT JOINT STATUS REPORT.

**I. INTRODUCTION**

Since this case was filed in March of 2025, Defendant Crowl has repeatedly engaged in bad-faith stalling tactics to prevent the Court from deciding the above-captioned case on the merits. Defendants were not successfully served until June 13, 2025, although Defendant Crowl even contests this. Plaintiff PCRP has attempted to work with Defendant Crowl both before and after this litigation was initiated to work in good faith to resolve some/part of the issues that are part of this case. These efforts have been repeatedly rebuffed.

DRAFT JOINT STATUS REPORT- 1

Because of Defendant Crowl's unwillingness to work in good faith with Plaintiff PCRP, we will likely be submitting this statement without him.

**1. Nature and Complexity.** Plaintiff PCRP is accusing Defendant Crowl & his two Defendant nonprofit associations of violating the federal Lanham Act and Washington State Consumer Protection Act. We are anticipating that the case will be complex and highly contentious with respect to both legal and factual issues.

**2. Deadline for joining additional parties.** We would suggest a deadline of 12/31/25.

**3. Consent to Magistrate Judge.** We consent to a magistrate judge being assigned, but we understand that Defendant Crowl does not.

**4. (A)-(D). Discovery Plan.** Because Defendant Crowl has still not yet filed an answer and he currently has a FRCP 12(b)(6) motion pending, we are unable to make a reasonable prediction as to the proposed timing on these subjects.

**5. (A)-(J) Litigation Resolution/Phasing.** Due to Defendant Crowl's unwillingness to engage with us, we are unable to frame a reasonable plan with respect to these items. Plaintiff PCRP would suggest the most efficient way to handle this case would be to determine whether liability exists via motions for summary judgement and then move forth with discovery to determine the appropriate amount of damages.

**6. Discovery Completion Date.** Due to Defendant Crowl's unwillingness to engage with us, we are unable to frame a reasonable plan with respect to this item.

**7. Bifurcation.** Plaintiff PCRP proposes bifurcation by trying liability issues before damages issues. We anticipate being about to resolve liability issues via motions for summary judgement.

DRAFT JOINT STATUS REPORT- 2

**8. Pretrial Statements.** Plaintiff PCRP would request dispensing with the pretrial statements and order for sake of economy.

**9. Simplification Ideas.** Plaintiff PCRP proposes bifurcation by trying liability issues before damages issues.

**10. Trial Date.** Plaintiff PCRP would propose a March 2026 trial date.

**11. Trial Form.** Plaintiff PCRP would request a bench trial.

**12. Trial Days.** We believe the trial could be completed in one full day.

**13. Counsel Contact Info.** Counsel for PCRP is Conner Edwards, PO Box 12082, Seattle, WA 98102, 425-533-1677. Defendant Crowl is self-represented, and his address is 10002 112th St SW, Lakewood, WA 98498, 253-228-6036.

**14. Trial date conflicts.** None, as of today.

**15. Service.** Defendant Crowl and other Defendants were served on June 13, 2025 but Defendant Crowl has filed a pending motion contesting this.

**16. Scheduling Conference.** We would request a scheduling conference prior to the Court issuing an order. This may be effective for bringing Defendant Crowl into the discussion.

**17. Disclosure Statements.** Plaintiff PCRP filed their disclosure statement on 4/12/2025 (Docket Item #17).

DRAFT JOINT STATUS REPORT- 3

## II. JOINT STATUS REPORT

This report is filed via PACER because we have no other reliable, timely means of reaching Defendant Crowl. Defendant Crowl has recently indicated in an e-mail to Mary Trent on June 13, 2025 that he has blocked my e-mail address. When I recently attempted to contact Defendant Crowl, he simply hung up the phone. Our expectation is that Defendant Crowl will not respond to this filing either. If Defendant Crowl does not respond by the end of the day on July 25, 2025, Plaintiff PCRP intends to file this report with the Court without the DRAFT label.

DATED this July 24, 2025

**CG Edwards PLLC**

_____
**Conner Edwards, WSBA No. 62961**
**Attorney for Plaintiff PCRP**

DRAFT JOINT STATUS REPORT- 4