**UNITED STATES DISTRICT COURT**
**DISTRICT OF WESTERN WASHINGTON**

| | |
|---|---|
| PIERCE COUNTY REPUBLIC PARTY,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC CROWL, et. al.,<br><br>        Defendant. | Case No. 3:25-cv-05251-BHS<br><br>RESPONSE TO DEFENDANT CROWL'S EXPEDITED MOTION FOR SPECIAL RELIEF |

COMES NOW PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY, by and through their counsel of record Conner Edwards, and respectfully submits this RESPONSE TO DEFENDANT CROWL'S EXPEDITED MOTION FOR SPECIAL RELIEF.

**I. RESPONSE**

We offer several arguments in opposition to Defendant Crowl's latest motion.

First, Defendant Crowl filed his motion on 9/8/25 and noted it for 9/15/25 which was improper. This type of motion would be governed by either LCR 7(d)(3) or arguably even (4) as this type of motion is substantially a motion for summary judgement

Second, we would argue that applying the UPEPA (RCW 4.105) statute to this type of Federal action is improper under the Erie Doctrine as it abrogates the Federal Rules of Civil Procedure. While other decisions from the 9th Circuit have allowed this type of motion, we would argue that Federal procedural law and state substantive law should govern the resolution of the Washington Consumer Protection Act claim.

RESPONSE TO DEFENDANT CROWL'S EXPEDITED MOTION FOR SPECIAL RELIEF- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

Finally, on a more substantive level, the arguments advanced by Plaintiff Crowl here have already been advanced and rejected by Judge Settle at the 9/8/25 hearing. As described in our previous response to Defendant Crowl's 12(b)(6) Motion to Dismiss, speech which misleads the source of the communication and violates trademark law is not protected by the First Amendment.[1]

Additionally, the act of registering a nonprofit association is not speech. This act imbues the individual incorporator with limited liability protection. As such it is a commercial act within the broad definition of commerce as defined in RCW 19.86.010 (2).

## II. CONCLUSION

For the foregoing reasons, we respectfully request that the Court DENY Defendant Crowl's Motion.

.       DATED this September 22, 2025

CG EDWARDS PLLC

_[signature]_

Conner Edwards, WSBA No. 62961
Attorney for PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY

---

[1] *Jack Daniel's Props. v. VIP Prods.*, 143 S.Ct. 1578, 216 L.Ed.2d 161 (2023)

RESPONSE TO DEFENDANT CROWL'S EXPEDITED MOTION FOR SPECIAL RELIEF- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

**CERTIFICATE OF SERVICE**

I certify that I mailed a copy of the foregoing RESPONSE TO DEFENDANT CROWL'S EXPEDITED MOTION FOR SPECIAL RELIEF and accompanying documents to DEFENDANT ERIC CROWL, at 10002 112th ST SW, Lakewood, WA 98498, postage prepaid.

**September 22, 2025**
**Date**

_____
**Conner Edwards, WSBA No. 62961**
**Attorney for PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY**

RESPONSE TO DEFENDANT CROWL'S EXPEDITED MOTION FOR SPECIAL RELIEF- 3

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell