# FEDERAL DISTRICT COURT
# FOR WESTERN WASHINGTON

| | |
|---|---|
| Pierce County Republican Party, | Case No. 3:25-cv-05251-BHS |
| Plaintiff, | |
| v. | DECLARATION OF Conner Edwards |
| Eric Crowl, et. al, | |
| Defendant. | |

I, Conner Edwards, state as follows:

1. I am over the age of 18, competent to testify, and make this declaration based on personal knowledge.

2. On the evening of March 7, 2025, I took the following screenshot, which shows the fraudulent post made by Defendant Crowl where he claimed to be the Chair of the PCRP.



DECLARATION OF Conner Edwards- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

3. On March 8, 2025, I took the following screenshot where Defendant Crowl claimed to be the owner of the Pierce County Republican Party.



///

///

///

DECLARATION OF Conner Edwards- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

4. On March 8, I took the following screenshot where Defendant Crowl indicated his hosting of a "Pierce County Republican Party PCO[1] Townhall"



---

[1] A PCO (precinct committee officer) is an elected member of a county party organization. PCOs are members of Plaintiff Pierce County Republican Party's organization and makeup an important part of the organization.

DECLARATION OF Conner Edwards- 3

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

5. On the evening of March 11, 2025, Defendant Crowl hosted a "X-Space" titled "Pierce County Republican Party – Press Availability".



DECLARATION OF Conner Edwards- 4

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

1. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 29th of September, 2025

**DECLARANT**

_____
**Conner Edwards**

DECLARATION OF Conner Edwards- 5

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell