# FEDERAL DISTRICT COURT
# FOR WESTERN WASHINGTON

Pierce County Republican Party,

          Plaintiff,

v.

Eric Crowl, et. al,

          Defendant.

Case No. 3:25-cv-05251-BHS

DECLARATION OF David McMullan

I, David McMullan, state as follows:

1. I am over the age of 18, competent to testify, and make this declaration based on personal knowledge.

2. I am the Chair of the Pierce County Republican Party.

3. Plaintiff Pierce County Republican (hereafter "PCRP") is an unincorporated, bona-fide county political party within the meaning of RCW 42.17A.005(6)(c) that is headquartered at 10209 Bridgeport Way SW, #C1 Lakewood, WA 98499. The PCRP has operated continuously since at least 1964 and is well known in Pierce County, Washington.

4. PCRP activities includes: voter outreach, candidate recruitment, holding caucuses, fundraising, volunteer coordination, get-out-the-vote efforts, platform development and community engagement.

DECLARATION OF David McMullan- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

5. The actions of Eric Crowl in fraudulently registering an organization that bears the name "Pierce County Republican Party" and subsequently making numerous social media posts under that name damaged the actual Pierce County Republican Party.

6. This damage includes but is not limited to: 1) causing confusion amongst the public as to which organization was legitimate, 2) preventing the PCRP from registering as a nonprofit association, and, 3) by associating the brand of the PCRP with Eric Crowl.

7. The association of the PCRP with Eric Crowl is particularly damaging to the organization for the following reasons. Eric Crowl is best known in the community for: a) having been arrested in Portland, OR after filming a police shift change with an SUV full of weapon and ammunition,[1] b) for being arrested after he was found by police staring into the garage of a federal worker while not wearing an ankle monitor in violation of the terms of his pretrial release,[2] and c) for harboring his adult son Tyler Crowl in the family home when Tyler Crowl had outstanding felony warrants for sexually assaulting a child.[3] The false message of Defendant Crowl being the chair of the organization diminishes the standing of Plaintiff PCRP

---

[1] https://www.cjonline.com/story/news/politics/state/2016/08/09/oregon-police-arrest-armed-man-who-watched-them-months-man-had-lived-manhattan-and/16578408007/
[2] https://katu.com/news/local/armed-man-who-filmed-portland-police-returns-to-jail
[3] https://brandikruse.locals.com/post/6810552/exclusive-when-being-a-social-media-troll-comes-back-to-bite-you-hard

DECLARATION OF David McMullan- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

in the community because it conflicts with the PCRP's message of being a pro-law enforcement, pro-law and order, anti-child molestation organization.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this \_\_\_29\_\_\_ of SEPTEMBER, 2025

**DECLARANT**

*/s/ David McMullan*

David McMullan

DECLARATION OF David McMullan- 3

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell