FEDERAL DISTRICT COURT
FOR WESTERN WASHINGTON

| | |
|---|---|
| PIERCE COUNTY REPUBLICAN PARTY, <br><br> Plaintiff, <br><br> v. <br><br> ERIC CROWL, et. al. <br><br> Defendant. | Case No. 3:25-cv-05251-BHS <br><br> RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT |

COMES NOW PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY, by and through their counsel of record Conner Edwards, and respectfully submits this RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT.

**I. RESPONSE**

This is now Defendant Crowl's 3rd attempt to advance the same legal argument that the Court has already rejected. Specifically, Defendant Crowl is arguing that Plaintiff PCRP does not engage in commercial activity and thus cannot seek relief under the Lanham Act or the Washington Consumer Protection Act. The Court rejected Defendant Crowl's legal arguments then and the Court should reject them now.

**Declaration Submitted by Defendant Crowl**

The only new evidence offered by Defendant Crowl is a declaration based on a screenshot of a post made by PCRP Chair David McMullan.

The screenshot provided by Defendant Crowl and the assertions he derives from it are conclusory and should be ignored by the Court. Courts generally ignore conclusory statements in declarations because they are not supported by specific, factual evidence and do not meet

RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT-1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

legal standards for pleading or testimony. A conclusory statement is a bare assertion of a legal conclusion without providing the necessary facts, reasoning, or evidence to support it, which prevents a court from assessing the claim's plausibility.

Whether an act can be legally considered to have occurred "in commerce" depends on the act and the law that is being used to analyze the act. An act can be commercial in one context and noncommercial in another. For the purposes of the Lanham Act and Washington Consumer Protection Act, the acts that are the subject of this complaint are commercial.

**Response to Defendant Crowl's "No Commercial Act" Argument**

This argument has already been advanced by Defendant Crowl and rejected by the Court. The act of registering a nonprofit association is not speech – it is an act that occurs within the stream of commerce as broadly defined in RCW 19.86.010(2). This act imbues the individual incorporator with limited liability protection. As such it is a commercial act. Additionally, Defendant Crowl impersonated Plaintiff Pierce County Republican Party on commercial social media platforms, as described in the complaint and uncontested by Defendant Crowl. This action constitutes a commercial act.

Plaintiff Pierce County Republican Party has operated in Pierce County since at least the 1960s but likely has operated since statehood. In living memory, it is the only organization known by that name that carries on business except for Defendant Crowl's fraudulent nonprofit corporation.

Section 43(a) of the Lanham provides, in pertinent part, as follows:

RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

*"Any person who shall ... [1] use in connection with any goods or services ... [2] a false designation of origin, or any false description or representation, including words or other symbols tending falsely to describe or represent the same ... [3] shall be liable to a civil action by any person ... [4] who believes that he is or is likely to be damaged by use of any such false description or representation."*

It has been well established that charitable, educational, and other non-profit organizations are entitled to the protections of the Lanham Act. A decision regarding an analogous case brought under the Lanham Act summed up the issue well with a quote.

*"The fact that an organization is non-profit and sells no goods does not take it out of the protection of the law of unfair competition… …[t]he retention of a distinct identity here is just as important as it is to a commercial company. If the distinct identity of such non-profit organizations is lost through a confusingly similar use of a name by another, then it is obvious that the organization will have serious difficulty in raising funds and attracting members and support."*[1]

**Response to Defendant Crowl's "No Damage" Argument**

This argument has already been advanced by Defendant Crowl and rejected by the Court. Defendant Crowl's course of action in registering a non-profit corporation with an identical name to Plaintiff PCRP and impersonating Plaintiff PCRP on social media had a number of damaging effects. Here, we will enumerate a few.

---

[1] *Committee for Idaho High Desert v. Yost*, 881 F. Supp. 1457 (D. Idaho 1995) (quoting McCarthy on Trademarks and Unfair Competition (3d ed. 1994))

RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT- 3

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

First, Defendant Crowl injured the plaintiff by creating confusion as to which of the two organizations named "Pierce County Republican Party" was legitimate. In Defendant Crowl's postings: 1) Crowl represented himself as the chair (David McMullan is the actual chair), 2) Crowl represented his organization's headquarters as being in Lakewood (Plaintiff's headquarters are also in Lakewood), 3) Crowl adopted an seal bearing an elephant as his logo (Plaintiff PCRP also has a logo featuring an elephant), 4) Crowl represented his organization as being the "true" local GOP and Plaintiff's organization as illegitimate because it was not incorporated. These actions had the effect of damaging and diluting Plaintiff's brand after decades of being the only "Pierce County Republican Party" in the area.

Second, Defendant Crowl's registration of the name "Pierce County Republican Party" as a nonprofit corporation prevents Plaintiff from registering as a nonprofit corporation, as only one organization may register under a given name.

Third, Defendant Crowl injured the plaintiff by making posts that indicated that Defendant Crowl had been appointed the chair of the Pierce County Republican Party. The association of Defendant Crowl with the Pierce County Republican Party brand damages the reputation of Plaintiff PCRP, which holds itself out to be a pro-law enforcement, pro-law and order, anti-child molestation organization. In contrast, Defendant Crowl is best known for: a) having been arrested in Portland, OR after filming a police shift change with an SUV full of weapon and ammunition,[2] b) for being arrested after he was found by police staring into the

---

[2] https://www.cjonline.com/story/news/politics/state/2016/08/09/oregon-police-arrest-armed-man-who-watched-them-months-man-had-lived-manhattan-and/16578408007/

RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT-4

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

garage of a federal worker while not wearing an ankle monitor in violation of the terms of his pretrial release,[3] and c) for harboring his adult son Tyler Crowl in the family home when Tyler Crowl had outstanding felony warrants for raping a toddler.[4] The false message of Defendant Crowl being the chair of the organization diminishes the standing of Plaintiff PCRP in the community.

## II. CONCLUSION

For the foregoing reasons, we respectfully request that the Court DENY Defendant Crowl's Motion for Summary Judgement.

DATED this October 22, 2025

CG Edwards PLLC

*[signature]*

Conner Edwards, WSBA No. 62961
Attorney for Plaintiff PCRP

---

[3] https://katu.com/news/local/armed-man-who-filmed-portland-police-returns-to-jail
[4] https://brandikruse.locals.com/post/6810552/exclusive-when-being-a-social-media-troll-comes-back-to-bite-you-hard

RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT- 5

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT and accompanying documents to DEFENDANT ERIC CROWL, at 10002 112th ST SW, LAKEWOOD, WA 98498, postage prepaid.

**October 22, 2025**
**Date**

_____
**Conner Edwards, WSBA No. 62961**
**Attorney for PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY**

RESPONSE TO DEFENDANT CROWL'S 2nd MOTION FOR SUMMARY JUDGEMENT- 6

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

# FEDERAL DISTRICT COURT
# FOR WESTERN WASHINGTON

| | |
|---|---|
| Pierce County Republican Party, | Case No. 3:25-cv-05251-BHS |
| Plaintiff, | |
| v. | DECLARATION OF David McMullan |
| Eric Crowl, et. al, | |
| Defendant. | |

I, David McMullan, state as follows:

1. I am over the age of 18, competent to testify, and make this declaration based on personal knowledge.

2. I am the Chair of the Pierce County Republican Party.

3. Plaintiff Pierce County Republican (hereafter "PCRP") is an unincorporated, bona-fide county political party within the meaning of RCW 42.17A.005(6)(c) that is headquartered at 10209 Bridgeport Way SW, #C1 Lakewood, WA 98499. The PCRP has operated continuously since at least 1964 and is well known in Pierce County, Washington.

4. PCRP activities includes: voter outreach, candidate recruitment, holding caucuses, fundraising, volunteer coordination, get-out-the-vote efforts, platform development and community engagement.

DECLARATION OF David McMullan- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

5. The actions of Eric Crowl in fraudulently registering an organization that bears the name "Pierce County Republican Party" and subsequently making numerous social media posts under that name damaged the actual Pierce County Republican Party.

6. This damage includes but is not limited to: 1) causing confusion amongst the public as to which organization was legitimate, 2) preventing the PCRP from registering as a nonprofit association, and, 3) by associating the brand of the PCRP with Eric Crowl.

7. The association of the PCRP with Eric Crowl is particularly damaging to the organization for the following reasons. Eric Crowl is best known in the community for: a) having been arrested in Portland, OR after filming a police shift change with an SUV full of weapon and ammunition,[1] b) for being arrested after he was found by police staring into the garage of a federal worker while not wearing an ankle monitor in violation of the terms of his pretrial release,[2] and c) for harboring his adult son Tyler Crowl in the family home when Tyler Crowl had outstanding felony warrants for sexually assaulting a child.[3] The false message of Defendant Crowl being the chair of the organization diminishes the standing of Plaintiff PCRP

---

[1] https://www.cjonline.com/story/news/politics/state/2016/08/09/oregon-police-arrest-armed-man-who-watched-them-months-man-had-lived-manhattan-and/16578408007/
[2] https://katu.com/news/local/armed-man-who-filmed-portland-police-returns-to-jail
[3] https://brandikruse.locals.com/post/6810552/exclusive-when-being-a-social-media-troll-comes-back-to-bite-you-hard

DECLARATION OF David McMullan- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

in the community because it conflicts with the PCRP's message of being a pro-law enforcement, pro-law and order, anti-child molestation organization.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 29 of SEPTEMBER, 2025

**DECLARANT**

*/s/ David McMullan*
David McMullan

DECLARATION OF David McMullan- 3

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell