UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PIERCE COUNTY REPUBLICAN PARTY,<br><br>Plaintiff,<br><br>v.<br><br>ERIC CROWL,<br><br>WASHINGTON47 PAC,<br><br>PIERCE COUNTY REPUBLICAN PARTY<br><br>Defendant. | Case No. 3:25-cv-05251-BHS<br><br>MOTION FOR CONTEMPT<br><br>MOTION NOTED FOR JAN 9, 2025<br><br>ORAL ARGUMENT REQUESTED |

COMES NOW PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY, by and through their counsel of record Conner Edwards, and respectfully submits this MOTION FOR CONTEMPT.

### I. BASIS FOR MOTION

In ECF 102 (issued 12/3/25), the Court issued an order directing the parties to work with each other to file a Joint Status Report within 10 days. While the parties did engage in some limited exchanges for proposals for a Joint Status Report[1], Defendant Crowl quickly filed an appeal with the Court of Appeals and claimed:

> "[t]he filing of that interlocutory appeal divests this Court over the subject matter of the appealed orders and stays further proceedings in the district court pending the Ninth Circuit's resolution of the appeal. Accordingly, no further action (including discovery, motions practice, **submission of a Joint Status Report, or any other proceeding) may occur until the Ninth Circuit issues its mandate. Defendant [Crowl] so shall act accordingly.**"[2] [emphasis added]

---

[1] See Exhibit A – Email String Between Conner Edwards and Defendant Crowl.

[2] ECF 111, pg 1, line 25-26

MOTION FOR CONTEMPT- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

Defendant Crowl's interlocutory appeal is entirely baseless. The Court of Appeals has no jurisdiction to hear Defendant Crowl's appeal for the reasons described in Exhibit B – Plaintiff PCRP's Motion to Dismiss Appeal for Lack of Jurisdiction (currently pending in the Court of Appeals).

By refusing to obey the Court's order in ECF 102 to work with Plaintiff's counsel to file a Joint Status Report, Defendant Crowl is in contempt.

Over the life of this case, Defendant Crowl has repeatedly ignored the rules of civil procedure and filed motion after motion to drag out this case and prevent the Court from deciding it on the merits. Defendant Crowl has received many, many warnings from the Court. If sanctions are not imposed, Defendant Crowl's behavior will continue.

## II. CONCLUSION

For the foregoing reasons, we respectfully request that the Court GRANT Plaintiff's Motion for Contempt, award sanctions to Plaintiff PCRP, and enter default judgement against Defendant Crowl.

DATED this December 15, 2025

CG EDWARDS PLLC

_____
**Conner Edwards, WSBA No. 62961**
**Attorney for Plaintiff PCRP**

MOTION FOR CONTEMPT- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

**CERTIFICATE OF SERVICE**

I certify that I mailed a copy of the foregoing MOTION FOR CONTEMPT and accompanying documents to DEFENDANT ERIC CROWL, at 10002 112th ST SW, LAKEWOOD, WA 98498, postage prepaid.

**December 15, 2025**
**Date**

*[signature]*

**Conner Edwards, WSBA No. 62961**
**Attorney for PLAINTIFF PIERCE COUNTY REPUBLICAN PARTY**

MOTION FOR CONTEMPT- 3

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell