UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PIERCE COUNTY REPUBLICAN PARTY, <br><br> Plaintiff, <br><br> v. <br><br> ERIC CROWL, <br><br> WASHINGTON47 PAC, <br><br> PIERCE COUNTY REPUBLICAN PARTY <br><br> Defendant. | Case No. 3:25-cv-05251-BHS <br><br> PROPOSED ORDER |

Having considered MOTION FOR CONTEMPT, any responses, and the record, the Court hereby issues an order stating that:

1. Defendant Eric Crowl is ordered to make payment to Plaintiff PCRP in the amount of $1000 as punitive sanctions for failing to work with Plaintiff's counsel to submit a Joint Status Report as required by the Court in ECF 102, pg 9.

2. Default judgement is entered against Defendant Crowl. Defendant Crowl is hereby ORDERED to make payment to Plaintiff PCRP in the amount of $10,248.00 for reasonable attorney fees ($9,710) and filings fees/service costs ($538). All Defendants are jointly and severally liable for this payment. It shall occur within 30 days of this order.

3. Additionally, Defendants are hereby ORDERED to make payment to Plaintiff in the amount of $12,813.45 for corrective advertising to ameliorate the actions of

PROPOSED ORDER- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell

Defendants. Defendants are jointly and severally liable for this payment. It shall occur within 30 days of this order.

4. Defendants are hereby ENJOINED from using the name "Pierce County Republican Party" or any other name confusingly similar thereto; and maintaining any corporate/non-profit registration utilizing such name.

DATED this _____ day of _____, 2025

_____
Judge

**Presented By: Conner Edwards, WSBA No. 62961**
**Attorney for Plaintiff Pierce County Republican Party**

**Note: Explanation for the calculation of the amounts for default judgement can be found at Exhibit G (Declaration of Conner Edwards) for both ECF 112 & 113.**

PROPOSED ORDER- 2

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell