**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PIERCE COUNTY REPUBLICAN PARTY, | Case No. 3:25-cv-05251-BHS |
| Plaintiff, | |
| v. | DECLARATION OF CONNER EDWARDS |
| ERIC CROWL, et. al., | |
| Defendants. | |

I, CONNER EDWARDS, state as follows:

1. I am over the age of 18, competent to testify, and make this declaration based on personal knowledge.

2. Attached to Plaintiff PCRP's Motion for Contempt is Exhibit A. This exhibit is a printout made by me of the e-mail string between Defendant Crowl and I regarding submission of the joint status report.

3. Attached to Plaintiff PCRP's Motion for Contempt is Exhibit B. This exhibit is a motion (written by me) to dismiss the appeal filed by Defendant Crowl for lack of jurisdiction. The motion is currently pending in the Court of Appeals.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th of December, 2025

**DECLARANT**

*[signature]*

**CONNER EDWARDS**

DECLARATION OF CONNER EDWARDS- 1

THE LAW FIRM OF CONNER EDWARDS
CG Edwards PLLC
PO Box 12082
Seattle, Washington 98102
CG.Edwards53@gmail.com
(425) 533-1677 cell